19511—Coney Island Motor Bus Corporation v. Public Utilities Commission of Ohio; error to Public Utilities Commission of Ohio.

J. A. Scanlon, Cincinnati, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.